UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Klebher Vicuna

_____

(Enter above the full name of
plaintiff in this action)

v.

GLENN KELLER, PAUL YOUNG, ANTHONY ROBERTI, GEORGE WARDEN, ARTHUR ZULICK, THOMAS HILL, MARK S. LOVE, TODD A. MARTIN

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 95
(to be supplied by Clerk
of the District Court)

14-1842

FILED
SCRANTON
SEP 22 2014
Per_____
DEPUTY CLERK

## COMPLAINT

1. The plaintiff Klebher Vicuna a citizen of the County of Monroe State of Pennsylvania, residing at 540 Fairway Lane / East Stroudsburg, 18302 wishes to file a complaint under Title 18 USC § 241, 242, 42 USC 1985,
(give Title No. etc.)
42 USC § 1986, 42 USC 1983, 18 USC CH 96 RICO § 1961 racketeering

2. The defendant is(s) for fraud on the court, conspiracy against rights, deprivation of rights under the color of law, conspiracy to interfere with civil rights.

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) See exhibit

3. (CONTINUED) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. WHEREFORE, plaintiff prays that I am one of the people of Pennsylvania prove of jurisdiction, return immediately the property to the lawful owner, restitution for damages and injuries, CEASE & DESIST eviction order. Criminal prosecution to the defendants for fraud, violation of Bill of Rights, violation of the Constitution of the United States of America. Deprivation of Rights under color of law. Title 18 USC. RICO. chapter 96.

_____
(Signature of Plaintiff)