# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KLEBHER VICUNA,<br><br>    Plaintiff,<br><br>    v.<br><br>GLENN KELLER, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:CV-14-1842<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE MEHALCHICK) |

## ORDER

**NOW**, this 17th day of April, 2015, upon review of Magistrate Judge Mehalchick's Report and Recommendation (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)  The Report and Recommendation (Doc. 8) is **ADOPTED**.

(2)  Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice**.

(3)  The Clerk of Court is instructed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge